# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>       Plaintiff,<br><br>  vs.<br><br>DIANE M. ADAMS, AS TRUSTEE OF THE NANCY ADAMS REVOCABLE LIVING TRUST; and DOES 1 to 10,<br><br>       Defendants. | Case No.: 2:24-cv-06377-MWC (JPRx)<br><br>**JUDGMENT RE DEFAULT**<br><br>**JS-6** |

    Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered Defendant DIANE M. ADAMS, AS TRUSTEE OF THE NANCY ADAMS REVOCABLE LIVING TRUST is ordered to provide an accessible entrance at the property located at or about 1133 S. Western Ave., Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

On November 22, 2024, the Court granted Plaintiff's request to affix attorneys' fees and will calculate any fees pursuant to the "lodestar" method once a request for, and evidence of, attorneys' fees is presented to the Court.

Dated: December 12, 2024

HON. MICHELLE WILLIAMS COURT
United States District Judge